# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Ravi P. Rawat, on behalf of himself and others similarly situated

**DEFENDANTS** NF
Navistar International Corporation

**(b)** County of Residence of First Listed Plaintiff **DuPage**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **DuPage**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Clinton A. Krislov, Jeffrey M. Salas, KRISLOV & ASSOCIATES, LTD., 20 North Wacker Drive, Suite 1350, Chicago, Illinois 60606, Phone: (312) 606-0500

Attorneys (If Known)
Cary Perlman, Latham & Watkins LLP, 233 S. Wacker Dr., Chicago, IL 60606, Phone: 312-876-7700; Laurence H. Levine, 190 South LaSalle Street, Suite 3120, Chicago, Illinois 60603; (312) 291-7000

## II. BASIS OF JURISDICTION
[4] Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
- Citizen of This State: PTF [X] 1 / DEF [ ] 1
- Citizen of Another State: PTF [X] 2 / DEF [ ] 2
- Incorporated or Principal Place of Business In This State: PTF [ ] 4 / DEF [X] 4

## IV. NATURE OF SUIT
CONTRACT: [X] 190 Other Contract

## V. ORIGIN
[X] 2 Removed from State Court

## VI. CAUSE OF ACTION
Class Action Fairness Act, 28 U.S.C. 1332(d); Breach of Contract for stock options

## VIII. REQUESTED IN COMPLAINT:
[X] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
JURY DEMAND: [X] Yes [ ] No

## IX. This case
[X] is a refiling of case number **08 CV 3038**, previously dismissed by Judge [signature]

DATE: 7/29/2008
SIGNATURE OF ATTORNEY OF RECORD: [signature]