# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RAVI P. RAWAT, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>NAVISTAR INTERNATIONAL CORPORATION,<br><br>    Defendant. | No. 08-4305<br><br>Judge Elaine E. Bucklo |

## NOTICE OF MOTION

To:   All Counsel of Record
      (See Attached Service List)

PLEASE TAKE NOTICE that on July 31, 2008 at 10:30 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1441 of the Dirksen Building, 219 S. Dearborn, Chicago, Illinois, and then and there present his **Motion for a Preliminary Injunction to Prevent Defendant from Accepting Releases or to Invalidate Releases Executed by Putative class members** a copy of which is attached.

Dated:   July 30, 2008

                                        Respectfully submitted,


                                        By:   s/Clinton A. Krislov
                                              Attorney for Plaintiff

Clinton A. Krislov
Jeffrey M. Salas
KRISLOV & ASSOCIATES, LTD.
20 N. Wacker Dr., Suite 1350
Chicago, Illinois   60606
Tel.:   312-606-0500
Fax:    312-606-0207

## CERTIFICATE OF SERVICE

I, Clinton A. Krislov, an attorney, state that I caused a copy of the foregoing Motion to be delivered via the Court's Electronic Filing System on July 30, 2008 to the counsel below.

              __s/Clinton A. Krislov_____
              Attorney for Plaintiff

SERVICE LIST:

Robin Hulshizer
Cary R. Perlman
Latham & Watkins LLP
233 South Wacker Drive
5800 Sears Tower
Chicago, IL 60606
(312) 876-7700

Laurence Harvey Levine
Laurence H. Levine Law Offices
190 South LaSalle
Suite 3120
Chicago, IL 60603
312 927 0625