IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **RAVI P. RAWAT, on behalf of himself and others similarly situated,** | ) ) ) | |
| | ) | **Case No. 08-cv-4305** |
| Plaintiff, | ) ) | |
| v. | ) ) | **Judge Elaine E. Bucklo** |
| **NAVISTAR INTERNATIONAL CORPORATION,** | ) ) ) | **Magistrate Judge Martin C. Ashman** |
| Defendant. | ) ) | |

## MOTION FOR LEAVE TO EXCEED THE LOCAL RULE 7.1 PAGE LIMIT

Defendant Navistar International Corporation ("Navistar") hereby moves for leave to exceed the Local Rule 7.1 fifteen page limit with respect to Navistar's combined Opposition to Plaintiff's Motion for a Preliminary Injunction and Emergency Motion for Temporary Restraining Order. In support of this motion, Navistar states as follows:

1. On July 18, 2008, Plaintiff filed a complaint styled *Rawat v. Navistar International Corporation*, Case No. 08 CH 26042 in the Circuit Court of Cook County, Chancery Division. *See* Ex. 1 to Navistar's Notice of Removal. The Complaint is substantially similar to the Complaint that was already pending in federal court before the Honorable John W. Darrah of the Northern District of Illinois, styled *Rawat v. Navistar International Corporation*, Case No. 08 CV 4305.

2. On July 25, 2008, Plaintiff filed a motion for preliminary injunction in the Circuit Court of Cook County asking the Circuit Court to enjoin Navistar from accepting releases from putative class members, and in the alternative, to invalidate the releases. *See* Ex. 5 to Navistar's Notice of Removal. Navistar's offer was sent on June 20, 2008, and on June 26, 2008, Judge

Darrah denied Plaintiff's request for the same relief.  Thus, Plaintiff waited nearly *a month* before bringing his motion for preliminary injunction.

3. On July 29, 2008, Plaintiff filed an "emergency" motion for temporary restraining order in the Circuit Court of Cook County because Plaintiff failed to serve Navistar with the Complaint prior to moving for a preliminary injunction.  *See* Ex. 5 to Navistar's Notice of Removal.  Plaintiff brought his "emergency" motion even though Plaintiff filed his Complaint eleven days earlier and neglected to effectuate service.

4. On July 29, 2008, Navistar removed Plaintiff's state court complaint to the Northern District of Illinois, and the case was assigned to this Court.  Plaintiff also finally served Navistar.

5. On July 30, 2008, Plaintiff renewed his motion for preliminary injunction and motion for temporary restraining order, and noticed them for hearing before this Court on July 31, 2008 at 10:30 a.m.  Plaintiff's memorandum in support of his motion for preliminary injunction is 25 pages, in violation of Local Rule 7.1.  Plaintiff's memorandum in support of his motion for temporary restraining order is 14 pages.

6. Navistar is filing concurrently with this motion its combined opposition to Plaintiff's motion for preliminary injunction *and* motion for temporary restraining order.  Navistar's combined opposition brief is 21 pages.

7. Navistar, of course, would have preferred to seek leave to exceed the page limit before filing its brief.  But, given Plaintiff has already flagrantly disregarded the Local Rules and the hearing is scheduled for 10:30 a.m., Navistar feels compelled to provide a thorough response to Plaintiff's motions to ensure the Court has an opportunity to be fully informed.

WHEREFORE, Navistar respectfully requests that the Court grant leave its request for leave to file a brief in excess of the Local Rule 7.1 page limit. Navistar further requests whatever other relief the Court deems appropriate.

Dated: July 30, 2008 

Respectfully submitted,

/s/Robert C. Levels
One of the Attorneys for Defendant
Navistar International Corporation

| | |
|---|---|
| Laurence H. Levine | Cary R. Perlman |
| Maaike S. Almeida | Mark S. Mester |
| LAURENCE H. LEVINE LAW OFFICES | Robin M. Hulshizer |
| 190 South LaSalle Street, Suite 3120 | Robert C. Levels |
| Chicago, Illinois 60603 | LATHAM & WATKINS LLP |
| Phone: (312) 291-7000 | Sears Tower, Suite 5800 |
| Fax: (312) 291-7015 | 233 South Wacker Drive |
| | Chicago, Illinois 60606 |
| | Phone: (312) 876-7700 |
| | Fax: (312) 993-9767 |

CH\1043878.2