**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Ravi P. Rawat
                                  Plaintiff,

v.                                                           Case No.: 1:08−cv−04305
                                                                Honorable Elaine E. Bucklo

Navistar International Corporation
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Various motions filed for hearing today are entered and continued as this court has recused itself from this case because of friendship with one of the attorneys in this case. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.