# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Moran | **Sitting Judge if Other than Assigned Judge** | Samuel Der-Yeghiayan |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4305 | **DATE** | 7/31/2008 |
| **CASE TITLE** |  | Ravi P. Rawat vs. Navistar International Corporation | |

**DOCKET ENTRY TEXT**

Emergency motion hearing held. Plaintiff's emergency motion for temporary restraining order [9] is denied based upon the representation of the parties. Plaintiff will raise the issue before Judge Darrah, who has the lower case number when he returns and that Defendant agrees not to issue any further checks until after 08/15/08.

Docketing to mail notices.

00:45

| | Courtroom Deputy Initials: | maw |
|---|---|---|