UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Ravi P. Rawat
                                       Plaintiff,

v.                                                     Case No.: 1:08−cv−04305
                                                            Honorable James B. Moran

Navistar International Corporation
                                      Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 22, 2008:

      MINUTE entry before the Honorable James B. Moran: Status hearing set for 8/27/2008 is stricken and reset to 8/26/2008 at 09:15 AM. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.