# IN THE UNITED STATES COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RAVI P. RAWAT, on behalf of himself and others similarly situated, | |
| Plaintiff, | No. 08-4305 |
| v. | |
| NAVISTAR INTERNATIONAL CORPORATION, | Judge James B. Moran |
| Defendant. | |

## PLAINTIFF'S UNOPPOSED MOTION FOR ADDITIONAL TIME TO RESPOND TO DEFENDANT'S ANSWER

Plaintiff Ravi P. Rawat ("Plaintiff") requests an Order for additional time to respond to Defendant Navistar International Corporation's Answer:

1. On July 29, 2008 Defendant removed this action to this Court from the Circuit Court of Cook County.

2. On August 18, 2008, Defendant filed and served an answer to Plaintiff's complaint.

3. Under Federal Rule 12(f), Plaintiff's time to respond is September 8, 2008.

4. Plaintiff requires the extension because the associate principally assigned to the case, undersigned Jeffrey M. Salas, is leaving for a long-planned vacation on August 28, 2008 to attend a friend's wedding in Hawaii and will not return until September 8, 2008. Prior to Mr. Salas' departure and subsequent to Defendant's answer, Mr. Salas must complete or has substantial responsibility for:

    a. Petition for Rehearing with Suggestion of Rehearing En Banc in the Seventh Circuit, *Zessar v. Keith*, 07-2899 & 07-2913 (7th Cir.)

      b.      Opposition to an Application for Certification of an Interlocutory Appeal in *Ryan v. Lyondell*, 3176-VCN (Del. Ch.)

      c.      Participate in Settlement Conference in the Northern District of Illinois.

      d.      Various tasks that involve settlement and briefing in numerous other cases.

5.      Plaintiff asks that this Court extend his time to file a motion to strike to September 19, 2008.

6.      This motion is not intended for purposes of delay, and will in no way prejudice either party.

7.      Defendant has no objection to this motion.

WHEREFORE, the Plaintiff respectfully requests that this Court to extend the time for Plaintiff to file a motion to strike.

Dated: August 25, 2008

                                                                   Respectfully submitted,

                                                                   __s/Jeffrey M. Salas_____
                                                                   Attorney for Plaintiff

KRISLOV & ASSOCIATES, LTD.
Clinton Krislov
Jeffrey M. Salas
Civic Opera House
20 North Wacker Drive, Ste. 1350
Chicago, IL 60606
(312) 606-0500
Firm I.D. No. 91198
*Attorney for Plaintiff*

2