## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RAVI P. RAWAT, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>NAVISTAR INTERNATIONAL CORPORATION,<br><br>    Defendant. | No. 08-4305<br><br>Judge James B. Moran |

### NOTICE OF MOTION

To:   All Counsel of Record
      (See Attached Service List)

    PLEASE TAKE NOTICE that on August 28, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable James B. Moran, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1843 of the Dirksen Building, 219 S. Dearborn, Chicago, Illinois, and then and there present his Unopposed Motion for Additional Time to Respond to Defendant's Answer a copy of which is attached.

Dated:   August 25, 2008

                                                    Respectfully submitted,

                                                    By:   s/Jeffrey M. Salas_____
                                                           Attorney for Plaintiff

Clinton A. Krislov
Jeffrey M. Salas
KRISLOV & ASSOCIATES, LTD.
20 N. Wacker Dr., Suite 1350
Chicago, Illinois   60606
Tel.:   312-606-0500
Fax:   312-606-0207

**CERTIFICATE OF SERVICE**

      I, Jeffrey M. Salas, an attorney, state that I caused a copy of the Motion for Additional Time to Respond to Defendant's Answer to be delivered via the Court's Electronic Filing System on August 25, 2008 to the counsel below.

                                                  _s/Jeffrey M. Salas_____
                                                  Attorney for Plaintiff

SERVICE LIST:

Robin Hulshizer
Cary R. Perlman
Latham & Watkins LLP
233 South Wacker Drive
5800 Sears Tower
Chicago, IL 60606
(312) 876-7700

Laurence Harvey Levine
Laurence H. Levine Law Offices
190 South LaSalle
Suite 3120
Chicago, IL 60603
312 927 0625