Order Form (01/2005)

MHN

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4305 | **DATE** | 8/26/2008 |
| **CASE TITLE** | RAVI P. RAWAT vs. NAVISTAR INTERNATIONAL CORP. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 11/20/2008 at 9:15 a.m. Plaintiff's unopposed motion for additional time to respond to defendant's answer [24] is granted. Enter Order. Plaintiff's motion to strike is due by 9/19/2008. Defendant's response brief is due by 10/17/2008. Plaintiff's reply brief is due by 10/31/2008. (No appearance necessary on 8/28/2008)

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:15

| | | Courtroom Deputy Initials: | LG |
|---|---|---|---|

U.S. DISTRICT COURT
CLERK

2008 AUG 26 PM 5:13

FILED-EDI