*H14N*

## IN THE UNITED STATES COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| RAVI P. RAWAT, on behalf of himself and others similarly situated, | |
| Plaintiff, | No. 08-4305 |
| v. | |
| NAVISTAR INTERNATIONAL CORPORATION, | Judge James B. Moran |
| Defendant. | |

### ~~━━━━━━~~ ORDER

THIS MATTER coming before the Court on Plaintiff's Unopposed Motion for Additional

Time to Respond to Defendant's Answer, due notice being given and the Court advised in the

premises, IT IS HEREBY ORDERED:

1.    Plaintiff's motion is granted.

2.    Plaintiff's motion to strike is due by September 19, 2008.

3.    Defendant's response brief is due by October 17, 2008.

4.    Plaintiff's reply brief is due by October 31, 2008.

Date:    *8/26/08*

*8-26-2008*

ENTERED:

*James B Moran*
Judge James B. Moran