EXHIBIT A

Mark S. Mester
mark.mester@lw.com
(312) 876-7623

233 S. Wacker Drive, Suite 5800
Chicago, Illinois 60606
Tel: +1.312.876.7700 Fax: +1.312.993.9767
www.lw.com

LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES
Abu Dhabi, Barcelona, Brussels, Chicago, Doha, Dubai, Frankfurt, Hamburg, Hong Kong, London, Los Angeles, Madrid, Milan, Moscow, Munich, New Jersey, New York, Orange County, Paris, Rome, San Diego, San Francisco, Shanghai, Silicon Valley, Singapore, Tokyo, Washington, D.C.

December 8, 2009

File No. 010255-0330

**BY HAND DELIVERY**

Clinton A. Krislov, Esq.
Krislov & Associates, Ltd.
20 North Wacker Drive, Suite 1350
Chicago, Illinois 60606

Re: Rawat, et al. v. Navistar International Corporation
Case No. 1:08-cv-04305 (N.D. Ill.)

Dear Clint:

Enclosed please find offers of judgment for Mr. Rawat and Mr. Lyons in the above-captioned action. These offers are being made in a good faith effort to resolve this matter without further expenditure of time or other resources.

As the offers indicate, they are being made pursuant to Rule 68 of the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 68. As a result, if either of your clients choose to not accept his offer and he ultimately obtains a judgment against Navistar that is less favorable than the offer, Navistar will, of course, be compelled to seek from your client all costs that it incurs from the date of the offer, and Navistar will likewise be compelled to oppose any effort made by Mr. Rawat, Mr. Lyons or you to recover fees and/or costs incurred from this point forward. See Fed. R. Civ. P. 68; see also, e.g., Marek v. Chesny, 473 U.S. 1, 10 (1985).

In addition, even if Mr. Rawat or Mr. Lyons do not accept their offers and then obtain a judgment that is higher than the amount now offered, Navistar will ask that its offer be taken into account in determining whether the judgment was more favorable for purposes of Rule 68 and/or whether your client or clients were the prevailing party. See, e.g., Shea v. Galaxie Lumber & Const., 1997 U.S. Dist. LEXIS 1217, at *19-20 (N.D. Ill. 1997), vacated on other grounds, 152 F.3d 729 (7th Cir. 1998); see also Kessler v. Superior Care, Inc., 127 F.R.D. 513, 519-20 (N.D. Ill. 1989). As you know, courts in this circuit and elsewhere have consistently held that even where a claimant recovers more than the amount offered by a defendant such that Rule 68 does not apply per se, the claimant is nonetheless not entitled to recover the full amount of fees incurred if the award is only modestly higher than the offer of judgment. See, e.g., Shea, 1997 U.S. Dist. LEXIS 1217, at *19-20 (holding that the plaintiff's "limited success" warranted a substantial reduction in the amount of fees awarded).

LATHAM & WATKINS LLP

Navistar sincerely hopes that your clients will accept these offers of judgment so that the parties will all be able to put this matter behind them. We, therefore, look forward to hearing from you and from them.

Very truly yours,

Mark S. Mester
of LATHAM & WATKINS LLP

Enclosures

cc: Jeffrey M. Salas, Esq.
Mark J. Baiocchi, Esq.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **RAVI P. RAWAT and ELLIOTT LYONS on behalf of themselves and others similarly situated,** | ) | |
| **Plaintiffs,** | ) | **Case No. 1:08-cv-04305** |
| **v.** | ) | **Judge John W. Darrah** |
| **NAVISTAR INTERNATIONAL CORPORATION,** | ) | **Magistrate Judge Martin C. Ashman** |
| **Defendant.** | ) | |

**TO:**

Clinton A. Krislov, Esq.
Jeffrey M. Salas, Esq.
Krislov & Associates, Ltd.
20 North Wacker Drive, Suite 1350
Chicago, Illinois 60606

Mark J. Baiocchi, Esq.
The Law Offices of Mark J. Baiocchi
1755 South Naperville Road, Suite 100
Wheaton, Illinois 60189

**OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Navistar International Corporation hereby offers to allow judgment to be taken against it by Plaintiff Elliott Lyons ("Plaintiff") in the lump sum amount of ninety-one dollars ($91.00), which includes all costs and fees, including Plaintiff's attorneys' fees. Nothing in this offer shall be construed as an admission of liability. To the contrary, this offer is made in total settlement of this action and in the interest of judicial economy to the Court, the parties and their attorneys. As specified in Rule 68, this offer shall remain effective for ten (10) days from the date hereof.

Date: December 8, 2009

Respectfully submitted,

One of the Attorneys for Defendant
Navistar International Corporation

Laurence H. Levine
Maaike S. Almeida
LAURENCE H. LEVINE LAW OFFICES
190 South LaSalle Street, Suite 3120
Chicago, Illinois 60603
Telephone: (312) 291-7000
Facsimile: (312) 291-7015

Cary R. Perlman
Mark S. Mester
Robin M. Hulshizer
Livia M. Kiser
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAVI P. RAWAT and ELLIOTT LYONS on behalf of themselves and others similarly situated, Plaintiffs, | ) | Case No. 1:08-cv-04305 |
| v. | ) | Judge John W. Darrah |
| NAVISTAR INTERNATIONAL CORPORATION, Defendant. | ) | Magistrate Judge Martin C. Ashman |

TO: Clinton A. Krislov, Esq.
Jeffrey M. Salas, Esq.
Krislov & Associates, Ltd.
20 North Wacker Drive, Suite 1350
Chicago, Illinois 60606

Mark J. Baiocchi, Esq.
The Law Offices of Mark J. Baiocchi
1755 S. Naperville Road, Suite 100
Wheaton, Illinois 60189

**OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Navistar International Corporation hereby offers to allow judgment to be taken against it by Plaintiff Ravi Rawat ("Plaintiff") in the lump sum amount of two hundred eleven thousand, six hundred seventy-two dollars and thirty-nine cents ($211,672.39), which includes all costs and fees, including Plaintiff's attorneys' fees. Nothing in this offer shall be construed as an admission of liability. To the contrary, this offer is made in total settlement of this action and in the interest of judicial economy to the Court, the parties and their attorneys. As specified in Rule 68, this offer shall remain effective for ten (10) days from the date hereof.

Dated: December 8, 2009

Respectfully submitted,

One of the Attorneys for Defendant
Navistar International Corporation

Laurence H. Levine
Maaike S. Almeida
LAURENCE H. LEVINE LAW OFFICES
190 South LaSalle Street, Suite 3120
Chicago, Illinois 60603
Telephone: (312) 291-7000
Facsimile: (312) 291-7015

Cary R. Perlman
Mark S. Mester
Robin M. Hulshizer
Livia M. Kiser
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767