94

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RAVI P. RAWAT and ELLIOTT LYONS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>NAVISTAR INTERNATIONAL CORPORATION,<br><br>Defendant. | No. 08 C 4305<br><br>District Judge John W. Darrah<br><br>Magistrate Judge Martin Ashman |

## STIPULATION AND ORDER REGARDING CLASS DISCOVERY

Plaintiffs Ravi Rawat and Elliott Lyons (collectively, "Plaintiffs") and Defendant Navistar International Corporation ("Navistar" and collectively, the "Parties") hereby stipulate and agree as follows:

WHEREAS, class discovery is currently set to close in this matter on January 8, 2010;

WHEREAS, Plaintiffs are currently set to depose Gregory Elliott on January 8, 2010;

WHEREAS, Plaintiffs seek to file a Motion to Compel the production of certain documents which needs to be resolved by this Court;

WHEREAS, Plaintiffs would like to depose Gregory Elliott concerning any documents produced (if any) as a result of the Court's disposition of Plaintiffs' Motion to Compel, allowing for a reasonable time for production of documents and preparation;

WHEREAS, Plaintiffs are also contemplating deposing a third-party witness (Merrill Lynch) from which they received documents on January 4, 2010 pursuant to subpoena;

WHEREAS, Navistar has requested, and Plaintiffs have agreed, to extend the date for Defendant's opposition to Plaintiffs' Motion for an Order Invalidating Defendant's Rule 68

Offers of Judgment (Dkt. #99), Plaintiffs' reply to that opposition, and the expiration of the Rule 68 Offers of Judgment;

WHEREAS, subject to a discovery conference pursuant to Local Rule 37.2, Navistar intends to move to compel further responses to Navistar's Second Set Of Interrogatories To Plaintiff Ravi P. Rawat received this afternoon (January 7, 2010) from Plaintiff's Counsel; and

WHEREAS, with respect to class discovery, the Parties agree to extend the schedule with respect to (1) the deposition of Gregory Elliott and (2) the deposition of Merrill Lynch (if applicable); and agree that either party may seek leave from the Court to request that the time be extended for class discovery for matters other than those specifically set forth herein, each party reserving its right to object, if it so chooses, to the seeking of such an extension;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, contingent on approval of this Court:

(1) With respect to Plaintiffs' Motion To Compel:

- Plaintiffs shall file their Motion to Compel on or before January 13, 2010;
- Defendant shall file its response to Plaintiffs' Motion to Compel on or before January 27, 2010;
- Plaintiffs shall file their reply in support of their Motion to Compel on February 3, 2010;

(2) With respect to the deposition of Gregory Elliott:

- Gregory Elliott shall be deposed at a reasonable time to be set subsequent to this Court's decision on Plaintiffs' Motion to Compel for three (3) hours in accordance with the Court's November 24, 2009 Order (Dkt.#96);

(3) With respect to the deposition of third party Merrill Lynch:

- Plaintiffs shall schedule the deposition of Merrill Lynch to occur, to the extent it is feasible, by no later than the deposition of Gregory Elliott;

(4) With respect to Plaintiffs' Motion for an Order Invalidating Defendant's Rule 68 Offers of Judgment:

- Navistar's shall file its opposition to Plaintiffs' motion on or before January 18, 2010;
- Plaintiffs shall file their reply on or before February 1, 2010;
- The expiration date of the offers of judgment made to Plaintiffs pursuant to Rule 68 shall be extended to February 10, 2010;

(5) The briefing schedule for class certification shall be amended as follows:

- Plaintiffs' Memorandum in Support of Class Certification shall be filed twenty-one days after deposition of Gregory Elliott;
- Defendant's response to the Class Certification motion shall be filed thirty days after Plaintiffs' Memorandum in Support; and
- Plaintiffs' Reply shall be filed twenty-one days after the due date for Defendant's Response.

KRISLOV & ASSOCIATES, LTD.

s/Clinton A. Krislov
Clinton A. Krislov (clint@krislovlaw.com)
Jeffrey M. Salas (jeff@krislovlaw.com)
Civic Opera House
20 N. Wacker, Ste. 1350
Chicago, IL 60606
Telephone: 312-606-0500
*Attorneys for Plaintiffs*

LATHAM & WATKINS, LLP

s/ Livia Kiser
Mark S. Mester (mark.mester@lw.com)
Livia M. Kiser (livia.kiser@lw.com)
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
Telephone: 312-876-7700

*Attorneys for Navistar International Corporation*

SO ORDERED this 25th day of January, 2010.

Magistrate Judge Martin Ashman

CHI\1144018.6