**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **RAVI P. RAWAT and ELLIOTT LYONS on behalf of themselves and others similarly situated,** | ) | |
| **Plaintiffs,** | ) | **Case No. 08-cv-4305** |
| **v.** | ) | **Judge John W. Darrah** |
| **NAVISTAR INTERNATIONAL CORPORATION,** | ) | **Magistrate Judge Martin C. Ashman** |
| **Defendant.** | ) | |

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF LIVIA M. KISER

I, Livia M. Kiser, hereby move this Court for leave to withdraw my appearance as counsel for Navistar International Corporation ("Navistar") and in support of this motion state as follows:

1. On or about October 22, 2009, I entered an Appearance for Navistar as an attorney with the firm Latham & Watkins LLP in the above-captioned matter.

2. In addition, multiple attorneys at Latham & Watkins LLP have also filed appearances on behalf of Navistar.

3. As of July 1, 2011, I will no longer be an attorney with Latham & Watkins LLP. Therefore, I request leave of this Court to withdraw my appearance as counsel for the Navistar.

4. Plaintiffs will not be prejudiced if this motion is granted in that several attorneys from Latham & Watkins LLP will continue to represent Navistar in the above-captioned matter.

5. Counsel for Plaintiffs have no objection to this motion.

WHEREFORE, for the foregoing reasons, Livia M. Kiser respectfully requests leave of the Court with withdraw her appearance as counsel for Navistar and further requests such other, further relief the Court deems appropriate.

Date: June 30, 2011

Respectfully submitted,

/s Livia M. Kiser
One of the Attorneys for Defendant
Navistar International Corporation

Laurence H. Levine
Maaike S. Almeida
LAURENCE H. LEVINE LAW OFFICES
190 South LaSalle Street, Suite 3120
Chicago, Illinois 60603
Phone: (312) 291-7000
Fax: (312) 291-7015

Cary R. Perlman
Mark S. Mester
Robin M. Hulshizer
B. John Casey
Livia M. Kiser
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Phone: (312) 876-7700
Fax: (312) 993-9767